1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MAUREEN C. ONYEAGBAKO (CABN 238419)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA, 94612
        Telephone:  (510) 637-3680
7       Facsimile:  (510) 637-3724
        E-mail:     maureen.onyeagbako@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No.  CR 11-00344 SBA
                                    )
14          Plaintiff,               )   STIPULATION TO CONTINUE AND
                                    )   EXCLUDE TIME FROM JUNE 19, 2012
15     v.                            )   TO SEPTEMBER 11, 2012;
                                    )   ORDER
16 MARCO SOAREZ,                    )
     a/k/a Hamlet Bonilla,          )   Date:   September 11, 2012
17   a/k/a Janle Alberto Bonilla Solis,  )   Time:   10:00 a.m.
                                    )   Court:  Hon. Saundra Brown Armstrong
18          Defendant.               )
                                    )
19 ─────────────────────────────────

20      IT IS HEREBY STIPULATED, by and between the parties to this action, through their

21 undersigned counsel, as follows:

22      1.   The above-captioned matter was previously set on June 8, 2012 before this Court

23 for change of plea;

24      2.   The parties jointly request that the Court continue the matter to September 11,

25 2012 at 10:00 a.m., for change of plea and sentencing, and that the Court exclude time under the

26 Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and

27 September 11, 2012;

28 //

STIP. TO CONTINUE & EXCLUDE TIME;
[PROPOSED] ORDER                              1
CR11-00344 SBA

1      3.     The parties have reached a plea agreement pursuant to Federal Rule of Criminal
2  Procedure 11(c)(1)(C) and therefore request that the Court take the proposed plea agreement
3  under submission, as well as refer the matter to the United States Probation Office for a full
4  presentence investigation; and
5      4.     If the Court agrees to take the parties' proposed agreement under submission, the
6  parties agree that time should be excluded under 18 U.S.C. § 3161(h)(1)(G) based on the Court's
7  review and consideration of the proposed plea agreement to be entered into by the defendant and
8  the attorney for the government.  A copy of the proposed plea agreement will be submitted
9  together with the Court's courtesy copy of this stipulation.

Respectfully submitted,

Dated:  June 19, 2012                          /s/
                                        MAUREEN C. ONYEAGBAKO
                                        Special Assistant United States Attorney

Dated:  June 19, 2012                          /s/
                                        JOYCE LEAVITT
                                        Counsel for Defendant

STIP. TO CONTINUE & EXCLUDE TIME;
[PROPOSED] ORDER                    2
CR11-00344 SBA

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

1. The hearing for change of plea and sentencing for defendant Marco Soarez is continued to September 11, 2012 at 10:00 a.m.;

2. The above-captioned matter is referred to the United States Probation Office to prepare a pre-plea presentence investigation report; and

3. The time from June 19, 2012 to September 11, 2012, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of the parties' proposed plea agreement.

IT IS SO ORDERED.

Dated: _6/20/12_

*Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge