GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant SOAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 11-0344 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE AND SENTENCING; |
| | ) | EXCLUSION OF TIME |
| MARCO SOAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing with respect to Marco Soarez, currently scheduled for Tuesday, September 11, 2012, at 10:00 a.m., may be continued to Tuesday, December 4, 2012, at 10:00 a.m. for change of plea and sentencing. The reason for the request is that defense counsel needs additional time to obtain documentation relating to a prior criminal case described in the draft Presentence report, and then review that information with Mr. Soarez prior to the next court date. United States Probation Officer Brian Casai has been notified and has no objection to the proposed continuance.

IT IS FURTHER STIPULATED THAT the time from September 11, 2012, to December 4,

*U S v. Soarez*, CR11-0344 SBA; Stip Re:
Change of Plea & Sentencing          - 1 -

2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(B)(iv) for effective preparation of counsel taking into consideration due diligence so counsel can obtain the additional documentation, complete investigation and meet with Mr. Soarez prior to the next court date to prepare for the change of plea and sentencing.

DATED: 8/31/12          /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 8/31/12          /s/
MAUREEN C. ONYEAGBAKO
Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing, with respect to Marco Soarez, is hereby continued to Tuesday, December 4, 2012, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time from September 11, 2012, to December 4, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) for the Court's consideration of a proposed plea agreement, and § 3161(h)(7)(B)(iv) for effective preparation of counsel taking into consideration due diligence so counsel can obtain the additional documentation, complete the investigation and meet with Mr. Soarez prior to prepare for the change of plea and sentencing. The Court finds there is good cause and that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant

Case 4:11-cr-00344-SBA   Document 24   Filed 09/05/12   Page 3 of 3

| | |
|---|---|
| 1 | in a speedy and public trial.  Failure to grant the requested continuance would unreasonably deny |
| 2 | counsel reasonable time necessary for effective preparation, taking into account due diligence. |

    SO ORDERED.

DATED:    9/4/12

                      HON. SAUNDRA BROWN ARMSTRONG
                      United States District Judge

*U S v. Soarez*, CR11-0344 SBA; Stip Re:
Change of Plea & Sentencing                            - 3 -